# In the United States Court of Federal Claims

No. 19-280C
(Filed: April 25, 2019)

```
*************************************
GENE EDWARD SCOTT II,               *
                                    *
                 Plaintiff,         *
                                    *
     v.                             *
                                    *
THE UNITED STATES,                  *
                                    *
                 Defendant.         *
*************************************
```

## ORDER

Plaintiff, proceeding <u>pro se</u>, filed a complaint in the above-captioned case on February 14, 2019. On March 5, 2019, defendant filed a motion to dismiss. On April 23, 2019, plaintiff filed a handwritten note. Therein, plaintiff "request[s] dismissal of this case without fault." The court interprets this filing as a motion to voluntarily dismiss the case without prejudice pursuant to Rule 41(a)(2) of the Rules of the United States Court of Federal Claims ("RCFC"). As of this date, defendant has not filed a counterclaim against plaintiff. Thus, pursuant to RCFC 41(a)(2), the court **GRANTS** plaintiff's motion.

Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. No costs. The clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

/s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Chief Judge

7017 1450 0000 1346 1543